# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
GARRISON C.F.S., INC. §   Case No. 09-39223
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ \_\_\_\_\_ as interim compensation and now requests a sum of $ \_\_\_\_\_ , for a total compensation of $ \_\_\_\_\_ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ \_\_\_\_ , and now requests reimbursement for expenses of $ \_\_\_\_ , for total expenses of $ \_\_\_\_ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Roy Safanda_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 09-39223 | MB | Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
|---|---|---|---|---|---|
| Case Name: | GARRISON C.F.S., INC. | | | Date Filed (f) or Converted (c): | 10/20/09 (f) |
| | | | | 341(a) Meeting Date: | 11/30/09 |
| For Period Ending: | 07/28/11 | | | Claims Bar Date: | 03/03/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank Acct. | 13.77 | 0.00 | DA | 0.00 | FA |
| 2. Trust Acct. | 13,436.66 | 13,000.00 | | 13,436.66 | FA |
| 3. A/R | 54,623.00 | Unknown | DA | 0.00 | FA |
| 4. Loan Farms | 265,391.00 | 0.00 | DA | 0.00 | FA |
| 5. Loan Crossdock | 30,650.00 | 0.00 | DA | 0.00 | FA |
| 6. Loam Moore | 17,473.00 | 0.00 | DA | 0.00 | FA |
| 7. Chevy Tr Bl | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Machinery | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 9. Interest (u) | Unknown | Unknown | | 27.85 | Unknown |
| 10. Outstanding Liens | Unknown | Unknown | DA | 0.00 | 0.00 |

TOTALS (Excluding Unknown Values)    $394,887.43    $13,000.00        $13,464.51    **Gross Value of Remaining Assets** $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Waiting for IRS prompt determination request response

Initial Projected Date of Final Report (TFR): 01/01/11    Current Projected Date of Final Report (TFR): 06/01/11

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-39223 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | GARRISON C.F.S., INC. | | Bank Name: | Old Second National Bank |
| | | | Account Number / CD #: | *******8933  Checking Account |
| Taxpayer ID No: | *******9760 | | | |
| For Period Ending: | 07/28/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/26/10 | 2 | Parkway Bank | Checking Balance | 1121-000 | 1,000.00 | | 1,000.00 |
| 02/10/11 | | Old Second National Bank | Transfer from MM | 9999-000 | 2,000.00 | | 3,000.00 |
| 02/10/11 | 001001 | R. Chalberg | Accountant | 3410-000 | | 1,905.00 | 1,095.00 |
| 04/12/11 | | Transfer from Acct #*******8941 | Bank Funds Transfer | 9999-000 | 10,463.32 | | 11,558.32 |
| 04/14/11 | 001002 | The Estate of Garrison CFS, Inc. | Transf. funds to Cap One | 9999-000 | | 11,558.32 | 0.00 |
| | | | COLUMN TOTALS | | 13,463.32 | 13,463.32 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 12,463.32 | 11,558.32 | |
| | | | Subtotal | | 1,000.00 | 1,905.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,000.00 | 1,905.00 | |

Page Subtotals        13,463.32        13,463.32

UST Form 101-7-TFR (10/1/2010) *(Page: 4)*

LFORM24

Ver: 16.02b

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-39223 -MB | | Trustee Name: | Roy Safanda |
| --- | --- | --- | --- | --- |
| Case Name: | GARRISON C.F.S., INC. | | Bank Name: | Old Second National Bank |
| | | | Account Number / CD #: | *******8941 Money Market Account |
| Taxpayer ID No: | *******9760 | | | |
| For Period Ending: | 07/28/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/26/10 | 2 | Parkway Bank | Checking Balance | 1121-000 | 12,436.66 | | 12,436.66 |
| 02/28/10 | 9 | Old Second National Bank | INTEREST | 1270-000 | 0.20 | | 12,436.86 |
| 03/31/10 | 9 | Old Second National Bank | INTEREST | 1270-000 | 2.11 | | 12,438.97 |
| 04/30/10 | 9 | Old Second National Bank | INTEREST | 1270-000 | 2.18 | | 12,441.15 |
| 05/31/10 | 9 | Old Second National Bank | INTEREST | 1270-000 | 1.98 | | 12,443.13 |
| 06/30/10 | 9 | Old Second National Bank | INTEREST | 1270-000 | 2.05 | | 12,445.18 |
| 07/31/10 | 9 | Old Second National Bank | INTEREST | 1270-000 | 2.18 | | 12,447.36 |
| 08/31/10 | 9 | Old Second National Bank | INTEREST | 1270-000 | 2.04 | | 12,449.40 |
| 09/30/10 | 9 | Old Second National Bank | INTEREST | 1270-000 | 2.05 | | 12,451.45 |
| 10/31/10 | 9 | Old Second National Bank | INTEREST | 1270-000 | 2.12 | | 12,453.57 |
| 11/30/10 | 9 | Old Second National Bank | INTEREST | 1270-000 | 2.04 | | 12,455.61 |
| 12/31/10 | 9 | Old Second National Bank | INTEREST | 1270-000 | 2.12 | | 12,457.73 |
| 01/31/11 | 9 | Old Second National Bank | INTEREST | 1270-000 | 2.11 | | 12,459.84 |
| 02/10/11 | 000101 | Old Second National Bank | Trans to Checking | 9999-000 | | 2,000.00 | 10,459.84 |
| 02/28/11 | 9 | Old Second National Bank | INTEREST | 1270-000 | 1.71 | | 10,461.55 |
| 03/31/11 | 9 | Old Second National Bank | INTEREST | 1270-000 | 1.77 | | 10,463.32 |
| 04/12/11 | | Transfer to Acct #*******8933 | Bank Funds Transfer | 9999-000 | | 10,463.32 | 0.00 |

| | | COLUMN TOTALS | 12,463.32 | 12,463.32 | 0.00 |
| --- | --- | --- | --- | --- | --- |
| | | Less: Bank Transfers/CD's | 0.00 | 12,463.32 | |
| | Subtotal | | 12,463.32 | 0.00 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | Net | | 12,463.32 | 0.00 | |

Page Subtotals     12,463.32     12,463.32

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-39223 -MB | | Trustee Name: | Roy Safanda |
| Case Name: | GARRISON C.F.S., INC. | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7226  Money Market Account |
| Taxpayer ID No: | *******9760 | | | |
| For Period Ending: | 07/28/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/14/11 | | The Estate of Garrison CFS, Inc. | | 9999-000 | 11,558.32 | | 11,558.32 |
| 05/31/11 | 9 | Capital One | Interest Rate  0.000 | 1270-000 | 0.88 | | 11,559.20 |
| 06/02/11 | | INTERNAL REVENUE SERVICE | EMPLOYER MATCHING MEDICARE | 5800-000 | | 116.07 | 11,443.13 |
| 06/02/11 | | INTERNAL REVENUE SERVICE | MEDICARE | 5300-000 | | 116.07 | 11,327.06 |
| 06/02/11 | | FEDERAL UNEMPLOYMENT INSURANCE | FEDERAL UNEMPLOYMENT INSURANCE | 5800-000 | | 276.16 | 11,050.90 |
| 06/02/11 | | INTERNAL REVENUE SERVICE | EMPLOYER MATCHING SOCIAL SECURITY | 5800-000 | | 496.28 | 10,554.62 |
| 06/02/11 | | INTERNAL REVENUE SERVICE | SOCIAL SECURITY | 5300-000 | | 496.28 | 10,058.34 |
| 06/02/11 | | INTERNAL REVENUE SERVICE | FEDERAL INCOME TAX | 5300-000 | | 2,241.28 | 7,817.06 |
| 06/02/11 | 000101 | GARY MOORE | Wages - 507(a)(3) | | | 5,197.59 | 2,619.47 |
| | | 41W 910 Verhaeghe Rd. | | | | | |
| | | St. Charles, IL  60175-8378 | | | | | |
| | | | Claim         5,150.93 | 5300-000 | | | |
| | | | Interest         46.66 | 7990-000 | | | |
| 06/30/11 | 9 | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 0.31 | | 2,619.78 |

|  |  | COLUMN TOTALS | 11,559.51 | 8,939.73 | 2,619.78 |
|---|---|---|---|---|---|
|  |  | Less:  Bank Transfers/CD's | 11,558.32 | 0.00 | |
|  |  | Subtotal | 1.19 | 8,939.73 | |
|  |  | Less:  Payments to Debtors | | 0.00 | |
|  |  | Net | 1.19 | 8,939.73 | |

Page Subtotals      11,559.51        8,939.73

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-39223 -MB | | Trustee Name: | Roy Safanda |
| --- | --- | --- | --- | --- |
| Case Name: | GARRISON C.F.S., INC. | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7234  Checking Account |
| Taxpayer ID No: | *******9760 | | | |
| For Period Ending: | 07/28/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|   |   |   |
| --- | --- | --- |
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********8933 | 1,000.00 | 1,905.00 | 0.00 |
| Money Market Account - ********8941 | 12,463.32 | 0.00 | 0.00 |
| Money Market Account - ********7226 | 1.19 | 8,939.73 | 2,619.78 |
| Checking Account - ********7234 | 0.00 | 0.00 | 0.00 |
| | 13,464.51 | 10,844.73 | 2,619.78 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-39223 | | Page 1 | | Date: August 30, 2011 |
| Debtor Name: | GARRISON C.F.S., INC. | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | Roy Safanda, Trustee's Attorney<br>Safanda Law Firm<br>111 East Side Drive<br>Geneva, IL 60134 | Administrative | | $1,312.50 | $0.00 | $1,312.50 |
| 000007 040 5300-00 | GARY MOORE<br>41W 910 Verhaeghe Rd.<br>St. Charles, IL 60175-8378 | Priority | | $8,004.56 | $8,004.56 | $0.00 |
| AUTO 520 AUTO | INTERNAL REVENUE SERVICE | Priority | | $116.07 | $116.07 | $0.00 |
| AUTO 520 AUTO | FEDERAL UNEMPLOYMENT INSURANCE | Priority | | $276.16 | $276.16 | $0.00 |
| AUTO 520 AUTO | INTERNAL REVENUE SERVICE | Priority | | $496.28 | $496.28 | $0.00 |
| AUTO * 040 AUTO | INTERNAL REVENUE SERVICE | Priority | | $116.07 | $116.07 | $0.00 |
| AUTO * 040 AUTO | INTERNAL REVENUE SERVICE | Priority | | $2,241.28 | $2,241.28 | $0.00 |
| AUTO * 040 AUTO | INTERNAL REVENUE SERVICE | Priority | | $496.28 | $496.28 | $0.00 |
| 000001 070 7100-00 | Country Gas<br>Propane Service<br>P.O. Box 269<br>Wasco, IL 60183 | Unsecured | | $313.56 | $0.00 | $313.56 |
| 000002 070 7100-00 | Porte Brown<br>845 Oakton Street<br>Elk Grove, IL 60007 | Unsecured | | $11,723.00 | $0.00 | $11,723.00 |
| 000003 070 7100-00 | Spirit Trucking Company<br>5400 W. 47th St.<br>Forest View, IL 60638 | Unsecured | | $1,113.75 | $0.00 | $1,113.75 |
| 000004 070 7100-00 | Sullivan Hincks & Conway<br>120 W. 22nd St.<br>Oak Brook, IL 60523 | Unsecured | | $14,809.35 | $0.00 | $14,809.35 |
| 000005 070 7100-00 | Atlas Lift Truck<br>5050 N. River Rd.<br>Schiller Park, IL 60176 | Unsecured | | $1,725.69 | $0.00 | $1,725.69 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-39223 | | Page 2 | | | Date: August 30, 2011 |
| --- | --- | --- | --- | --- | --- | --- |
| Debtor Name: | GARRISON C.F.S., INC. | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
| --- | --- | --- | --- | ---: | ---: | ---: |
| 000006 070 7100-00 | Crossdock USA, Inc. 2205 Lively Blvd Elk Grove, IL 60007 | Unsecured | | $4,256.23 | $0.00 | $4,256.23 |
| 000007 070 7100-00 | Gary Moore 41 W. 910 Verhaeghe Rd. Campton Hills, IL 60175 | Unsecured | | $8,004.56 | $0.00 | $8,004.56 |
| 000009 080 7200-00 | Toyota Motor Credit Corporation c/o Weltman, Weinberg & Reis, Co., LPA 323 W. Lakeside Avenue, 2nd Fl Cleveland, Ohio 44113 | Unsecured | | $773.81 | $0.00 | $773.81 |
| 000010 080 7200-00 | Toyota Motor Credit Corporation c/o Weltman, Weinberg & Reis, Co., LPA 323 W. Lakeside Avenue, 2nd Fl Cleveland, Ohio 44113 | Unsecured | | $4,456.60 | $0.00 | $4,456.60 |
| 000011 080 7200-00 | Toyota Motor Credit Corporation c/o Weltman, Weinberg & Reis, Co., LPA 323 W. Lakeside Avenue, 2nd Fl Cleveland, Ohio 44113 | Unsecured | | $9,624.01 | $0.00 | $9,624.01 |
| 000012 080 7200-00 | Toyota Motor Credit Corporation c/o Weltman, Weinberg & Reis, Co., LPA 323 W. Lakeside Avenue, 2nd Fl Cleveland, Ohio 44113 | Unsecured | | $6,006.18 | $0.00 | $6,006.18 |
| | Case Totals: | | | $73,012.31 | $8,893.07 | $64,119.24 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type
* Wage Deduction AUTO Claims - These are not included in Report Totals since they are already included in wage claims.

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-39223
Case Name: GARRISON C.F.S., INC.
Trustee Name: Roy Safanda

Balance on hand                                                   $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Roy Safanda | $ | $ | $ |
| Trustee Expenses: Roy Safanda | $ | $ | $ |
| Attorney for Trustee Fees: Roy Safanda, Trustee's Attorney | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | GARY MOORE<br>41W 910 Verhaeghe Rd.<br>St. Charles, IL 60175-8378 | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |
| AUTO | FEDERAL UNEMPLOYMENT INSURANCE | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |

Total to be paid to priority creditors             $_____

Remaining Balance                                  $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Country Gas<br>Propane Service<br>P.O. Box 269<br>Wasco, IL 60183 | $ | $ | $ |
| 000002 | Porte Brown<br>845 Oakton Street<br>Elk Grove, IL 60007 | $ | $ | $ |
| 000003 | Spirit Trucking Company<br>5400 W. 47th St.<br>Forest View, IL 60638 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Sullivan Hincks & Conway<br>120 W. 22nd St.<br>Oak Brook, IL 60523 | $ | $ | $ |
| 000005 | Atlas Lift Truck<br>5050 N. River Rd.<br>Schiller Park, IL 60176 | $ | $ | $ |
| 000006 | Crossdock USA, Inc.<br>2205 Lively Blvd<br>Elk Grove, IL 60007 | $ | $ | $ |

Total to be paid to timely general unsecured creditors   $_____

Remaining Balance   $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Toyota Motor Credit Corporation<br>c/o Weltman, Weinberg & Reis, Co., LPA<br>323 W. Lakeside Avenue, 2nd Fl<br>Cleveland, Ohio 44113 | $ | $ | $ |
| 000010 | Toyota Motor Credit Corporation<br>c/o Weltman, Weinberg & Reis, Co., LPA<br>323 W. Lakeside Avenue, 2nd Fl<br>Cleveland, Ohio 44113 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Toyota Motor Credit Corporation<br>c/o Weltman, Weinberg & Reis, Co., LPA<br>323 W. Lakeside Avenue, 2nd Fl<br>Cleveland, Ohio 44113 | $ | $ | $ |
| 000012 | Toyota Motor Credit Corporation<br>c/o Weltman, Weinberg & Reis, Co., LPA<br>323 W. Lakeside Avenue, 2nd Fl<br>Cleveland, Ohio 44113 | $ | $ | $ |

    Total to be paid to tardy general unsecured creditors    $_____

    Remaining Balance    $_____

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE