UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                              §
                                                    §
GARRISON C.F.S., INC.                               §        Case No. 09-39223
                                                    §
                                                    §
            Debtor(s)                               §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          US Courthouse
          Bankruptcy Clerk
          Assignment Desk, Rm 710
          219 S. Dearborn St.
          Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 10/20/2011 in Courtroom 250,
          US Courthouse
          100 S. 3rd St.
          Geneva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/30/2011                   By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
GARRISON C.F.S., INC.   §   Case No. 09-39223
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

The Final Report shows receipts of   $

and approved disbursements of   $

leaving a balance on hand of[1]   $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ | $ | $ |
| Trustee Expenses: Roy Safanda | $ | $ | $ |
| Attorney for Trustee Fees: Roy Safanda, Trustee's Attorney | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $           must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | GARY MOORE<br>41W 910 Verhaeghe Rd.<br>St. Charles, IL  60175-8378 | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |
| AUTO | FEDERAL UNEMPLOYMENT INSURANCE | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |

Total to be paid to priority creditors         $_____

Remaining Balance                             $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Country Gas<br>Propane Service<br>P.O. Box 269<br>Wasco, IL 60183 | $ | $ | $ |
| 000002 | Porte Brown<br>845 Oakton Street<br>Elk Grove, IL 60007 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Spirit Trucking Company<br>5400 W. 47th St.<br>Forest View, IL 60638 | $ | $ | $ |
| 000004 | Sullivan Hincks & Conway<br>120 W. 22nd St.<br>Oak Brook, IL 60523 | $ | $ | $ |
| 000005 | Atlas Lift Truck<br>5050 N. River Rd.<br>Schiller Park, IL 60176 | $ | $ | $ |
| 000006 | Crossdock USA, Inc.<br>2205 Lively Blvd<br>Elk Grove, IL 60007 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Toyota Motor Credit Corporation<br>c/o Weltman, Weinberg & Reis, Co., LPA<br>323 W. Lakeside Avenue, 2nd Fl<br>Cleveland, Ohio 44113 | $ | $ | $ |
| 000010 | Toyota Motor Credit Corporation<br>c/o Weltman, Weinberg & Reis, Co., LPA<br>323 W. Lakeside Avenue, 2nd Fl<br>Cleveland, Ohio 44113 | $ | $ | $ |

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Toyota Motor Credit Corporation<br>c/o Weltman, Weinberg & Reis, Co., LPA<br>323 W. Lakeside Avenue, 2nd Fl<br>Cleveland, Ohio 44113 | $ | $ | $ |
| 000012 | Toyota Motor Credit Corporation<br>c/o Weltman, Weinberg & Reis, Co., LPA<br>323 W. Lakeside Avenue, 2nd Fl<br>Cleveland, Ohio 44113 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors       $_____

Remaining Balance                                          $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Roy Safanda
                                      Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.