# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GARRISON C.F.S., INC. | § | Case No. 09-39223 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

US Courthouse
Bankruptcy Clerk
Assignment Desk, Rm 710
219 S. Dearborn St.
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 10/20/2011 in Courtroom 250,

US Courthouse
100 S. 3rd St.
Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/30/2011_____     By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GARRISON C.F.S., INC. | § | Case No. 09-39223 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 13,464.51 |
| and approved disbursements of | $ | 10,844.73 |
| leaving a balance on hand of[1] | $ | 2,619.78 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $    2,099.53 | $    0.00 | $    2,099.53 |
| Trustee Expenses: Roy Safanda | $    47.50 | $    0.00 | $    47.50 |
| Attorney for Trustee Fees: Roy Safanda, Trustee's Attorney | $    1,312.50 | $    0.00 | $    472.75 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 2,619.78 |
| Remaining Balance | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 8,893.07  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | GARY MOORE<br>41W 910 Verhaeghe Rd.<br>St. Charles, IL  60175-8378 | $         8,004.56 | $         8,004.56 | $            0.00 |
| AUTO | INTERNAL REVENUE SERVICE | $         496.28 | $         496.28 | $            0.00 |
| AUTO | FEDERAL UNEMPLOYMENT INSURANCE | $         276.16 | $         276.16 | $            0.00 |
| AUTO | INTERNAL REVENUE SERVICE | $         116.07 | $         116.07 | $            0.00 |

Total to be paid to priority creditors            $_____0.00

Remaining Balance            $_____0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,941.58  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Country Gas<br>Propane Service<br>P.O. Box 269<br>Wasco, IL 60183 | $         313.56 | $            0.00 | $            0.00 |
| 000002 | Porte Brown<br>845 Oakton Street<br>Elk Grove, IL 60007 | $       11,723.00 | $            0.00 | $            0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Spirit Trucking Company 5400 W. 47th St. Forest View, IL 60638 | $ 1,113.75 | $ 0.00 | $ 0.00 |
| 000004 | Sullivan Hincks & Conway 120 W. 22nd St. Oak Brook, IL 60523 | $ 14,809.35 | $ 0.00 | $ 0.00 |
| 000005 | Atlas Lift Truck 5050 N. River Rd. Schiller Park, IL 60176 | $ 1,725.69 | $ 0.00 | $ 0.00 |
| 000006 | Crossdock USA, Inc. 2205 Lively Blvd Elk Grove, IL 60007 | $ 4,256.23 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $_____0.00

Remaining Balance        $_____0.00


Tardily filed claims of general (unsecured) creditors totaling $ 20,860.60  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Toyota Motor Credit Corporation c/o Weltman, Weinberg & Reis, Co., LPA 323 W. Lakeside Avenue, 2nd Fl Cleveland, Ohio 44113 | $ 773.81 | $ 0.00 | $ 0.00 |
| 000010 | Toyota Motor Credit Corporation c/o Weltman, Weinberg & Reis, Co., LPA 323 W. Lakeside Avenue, 2nd Fl Cleveland, Ohio 44113 | $ 4,456.60 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Toyota Motor Credit Corporation c/o Weltman, Weinberg & Reis, Co., LPA 323 W. Lakeside Avenue, 2nd Fl Cleveland, Ohio 44113 | $    9,624.01 | $    0.00 | $    0.00 |
| 000012 | Toyota Motor Credit Corporation c/o Weltman, Weinberg & Reis, Co., LPA 323 W. Lakeside Avenue, 2nd Fl Cleveland, Ohio 44113 | $    6,006.18 | $    0.00 | $    0.00 |

Total to be paid to tardy general unsecured creditors        $_____ 0.00

Remaining Balance        $_____ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Roy Safanda
_____
Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-39223-MB
Garrison C.F.S., Inc.                                                     Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster          Page 1 of 2          Date Rcvd: Sep 01, 2011
                             Form ID: pdf006           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2011.
```
db        +Garrison C.F.S., Inc.,   1550 Bryn Mawr Av,   Itasca, IL 60143-1318
aty       +Carl F Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
aty       +Kent A Gaertner,   Springer, Brown, Covey, Gaertner & Davis,   400 S. County Farm Rd., Suite 330,
            Wheaton, IL 60187-4547
aty       +Roy Safanda, Esq,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
14606181  +AT & T,   P.O. Box 8100,   Aurora, IL 60507-8100
14606180  +Access One,   P.O. Box 5997,   Carol Stream, IL 60197-5997
14606189  +CRP II Chicago Infill, II, LLC,,   24079 Network Place,   Chicago, IL 60673-1240
14606183  +Capitol One,   P.O. Box 6492,   Carol Stream, IL 60197-6492
14606184   Citizens Automobile Finance,   P.O. Box 4202,   Providendce, RI
14606185  +Colliers, Turley, Martin & Tucker,   1101 W. 31st St.,   Suite #110,
            Downers Grove, IL 60515-5562
14606187  +Country Gas,   Propane Service,   P.O. Box 269,   Wasco, IL 60183-0269
14606190  +De Lage Landen,   P.O. Box 41602,   Philadelphia, PA 19101-1602
14606191  +Gary Moore,   41 W. 910 Verhaeghe Rd.,   Campton Hills, IL 60175-8378
14606192  +Gary Moore,   41 W. 910 Verhaeghe Rd.,   Saint Charles, IL 60175-8378
14606197  +Grant & Power Landscaping,   700 E. Roosevelt Rd.,   West Chicago, IL 60185-3900
14606198  +Hartford Insurance,   P.O. Box 2907,   Hartford, CT 06104-2907
14606199  +Inspired Communications,   1414 Montauk Ct.,   Bartlett, IL 60103-2988
14606200  +KT Communications,   1605 Hall St.,   Downers Grove, IL 60516-3745
14606201  +Mulherin, Rehfeldt and Varchetto,   211 S. Wheaton Av.,   Suite #200,   Wheaton, IL 60187-5251
14606203  +Porte Brown,   845 Oakton Street,   Elk Grove, IL 60007-1904
14606204  +Quill,   P.O. Box 37600,   Philadelphia, PA 19101-0600
14606205  +Security Networks,   3223 Commerace Pl.,   Suite #101,   West Palm Beach, FL 33407-1917
14606206  +Spirit Trucking Company,   5400 W. 47th St.,   Forest View, IL 60638-1807
14606207  +Sullivan Hincks & Conway,   120 W. 22nd St.,   Oak Brook, IL 60523-1557
14606208  +Toyota Financial Services,   P.O. Box 3457,   Torrance, CA 90510-3457
17535096  +Toyota Motor Credit Corporation,   c/o Weltman, Weinberg & Reis, Co., LPA,
            323 W. Lakeside Avenue, 2nd Fl,   Cleveland, Ohio 44113-1085
14606209  +Union National Bank,   101 East Chicago Street,   Elgin, IL 60120-6466
14971957  +Union National Bank,   c/o Jeffrey S. Burns,   Crowley Barrett & Karaba Ltd,
            20 S. Clark St., Suite 2310,   Chicago,IL 60603-1806
14606211  +Veolia Environmental Services,   P.O. Box 6484,   Carol Stream, IL 60197-6484
14606213  +Village of Itasca,   550 W. Irving Park Rd.,   Itasca, IL 60143-2018
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr        +E-mail/Text: plegal@xnet.com Sep 02 2011 03:24:37   Roy Safanda,   Safanda Law Firm,
            111 East Side Drive,   Geneva, IL 60134-2402
14606182  +E-mail/Text: skuhlmann@atlaslift.com Sep 02 2011 03:22:20   Atlas Lift Truck,
            5050 N. River Rd.,   Schiller Park, IL 60176-1021
14606186  +E-mail/Text: legalcollections@comed.com Sep 02 2011 03:21:21   Commonwealth Edison,
            P.O. Box 6111,   Carol Stream, IL 60197-6111
14606202  +E-mail/Text: bankrup@nicor.com Sep 02 2011 03:20:07   Nicor,   P.O. Box 2020,
            Aurora, IL 60507-2020
14606212  +E-mail/PDF: bankruptcyverizonwireless@afninet.com Sep 02 2011 06:35:04   Verizon Wireless,
            P.O. Box 25505,   Lehigh Valley, PA 18002-5505
                                                                          TOTAL: 5
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14606210   Various Parties
aty*      +Roy Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
14606193* +Gary Moore,   41 W. 910 Verhaeghe Rd.,   Campton Hills, IL 60175-8378
14606194* +Gary Moore,   41 W. 910 Verhaeghe Rd.,   Campton Hills, IL 60175-8378
14606195* +Gary Moore,   41 W. 910 Verhaeghe Rd.,   Campton Hills, IL 60175-8378
14606196* +Gary Moore,   41 W. 910 Verhaeghe Rd.,   Campton Hills, IL 60175-8378
14606188  ##+Crossdock USA, Inc.,   2205 Lively Blvd,   Elk Grove, IL 60007-5209
                                                                   TOTALS: 1, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: gbeemster          Page 2 of 2              Date Rcvd: Sep 01, 2011
                             Form ID: pdf006           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 03, 2011**                    **Signature:**    _Joseph Speetjens_