UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
GARRISON C.F.S., INC. §   Case No. 09-39223
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter    on     . The case was pending for    months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/Roy Safanda _____
                                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citizens Automobile Finance P.O. Box 4202 Providendce, RI |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA | | | | | |
| ROY SAFANDA | | | | | |
| ROY SAFANDA | | | | | |
| ROY SAFANDA | | | | | |
| ROY SAFANDA, TRUSTEE'S ATTORNEY | | | | | |
| R. CHALBERG | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gary Moore 41 W. 910 Verhaeghe Rd. Saint Charles, IL 60175 | | | | | |
| 000007 | GARY MOORE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | FEDERAL UNEMPLOYMENT INSURANCE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT & T P.O. Box 8100 Aurora, IL 60507 | | | | | |
| | Access One P.O. Box 5997 Carol Stream, IL 60197 | | | | | |
| | CRP II Chicago Infill, II, LLC, 24079 Network Place Chicago, IL 60673 | | | | | |
| | Capitol One P.O. Box 6492 Carol Stream, IL 60197 | | | | | |
| | Commonwealth Edison P.O. Box 6111 Carol Stream, IL 60197 | | | | | |
| | De Lage Landen P.O. Box 41602 Philadelphia, PA 19101 | | | | | |
| | Gary Moore 41 W. 910 Verhaeghe Rd. Campton Hills, IL 60175 | | | | | |
| | Grant & Power Landscaping 700 E. Roosevelt Rd. West Chicago, IL 60185 | | | | | |
| | Hartford Insurance P.O. Box 2907 Hartford, CT 06104 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Inspired Communications 1414 Montauk Ct. Bartlett, IL 60103 | | | | | |
| | KT Communications 1605 Hall St. Downers Grove, IL 60516 | | | | | |
| | Nicor P.O. Box 2020 Aurora, IL 60507 | | | | | |
| | Quill P.O. Box 37600 Philadelphia, PA 19101 | | | | | |
| | Security Networks 3223 Commerace Pl. Suite #101 West Palm Beach, FL 33407 | | | | | |
| | Toyota Financial Services P.O. Box 3457 Torrance, CA 90510 | | | | | |
| | Union National Bank 101 East Chicago Street Elgin, IL 60120 | | | | | |
| | Veolia Environmental Services P.O. Box 6484 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Verizon Wireless P.O. Box 25505 Lehigh Valley, PA 18002 | | | | | |
| | Village of Itasca 550 W. Irving Park Rd. Itasca, IL 60143 | | | | | |
| 000005 | ATLAS LIFT TRUCK | | | | | |
| 000001 | COUNTRY GAS | | | | | |
| 000006 | CROSSDOCK USA, INC. | | | | | |
| 000002 | PORTE BROWN | | | | | |
| 000003 | SPIRIT TRUCKING COMPANY | | | | | |
| 000004 | SULLIVAN HINCKS & CONWAY | | | | | |
| 000009 | TOYOTA MOTOR CREDIT CORPORATION | | | | | |
| 000010 | TOYOTA MOTOR CREDIT CORPORATION | | | | | |
| 000011 | TOYOTA MOTOR CREDIT CORPORATION | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | TOYOTA MOTOR CREDIT CORPORATION | | | | | |
| | GARY MOORE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-39223 MB Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | GARRISON C.F.S., INC. | Date Filed (f) or Converted (c): | 10/20/09 (f) |
| | | 341(a) Meeting Date: | 11/30/09 |
| For Period Ending: 03/07/12 | | Claims Bar Date: | 03/03/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank Acct. | 13.77 | 0.00 | DA | 0.00 | FA |
| 2. Trust Acct. | 13,436.66 | 13,000.00 | | 13,436.66 | FA |
| 3. A/R | 54,623.00 | 0.00 | DA | 0.00 | FA |
| 4. Loan Farms | 265,391.00 | 0.00 | DA | 0.00 | FA |
| 5. Loan Crossdock | 30,650.00 | 0.00 | DA | 0.00 | FA |
| 6. Loam Moore | 17,473.00 | 0.00 | DA | 0.00 | FA |
| 7. Chevy Tr Bl | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Machinery | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 9. Interest (u) | Unknown | Unknown | | 28.64 | Unknown |
| 10. Outstanding Liens | Unknown | Unknown | DA | 0.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $394,887.43    $13,000.00    $13,465.30    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Waiting for IRS prompt determination request response

Initial Projected Date of Final Report (TFR): 01/01/11    Current Projected Date of Final Report (TFR): 06/01/11

LFORM1    Ver: 16.05d

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-39223 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | GARRISON C.F.S., INC. | Bank Name: | Old Second National Bank |
| | | Account Number / CD #: | *******8933  Checking Account |
| Taxpayer ID No: | *******9760 | | |
| For Period Ending: | 03/07/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/26/10 | 2 | Parkway Bank | Checking Balance | 1121-000 | 1,000.00 | | 1,000.00 |
| 02/10/11 | | Old Second National Bank | Transfer from MM | 9999-000 | 2,000.00 | | 3,000.00 |
| 02/10/11 | 001001 | R. Chalberg | Accountant | 3410-000 | | 1,905.00 | 1,095.00 |
| 04/12/11 | | Transfer from Acct #*******8941 | Bank Funds Transfer | 9999-000 | 10,463.32 | | 11,558.32 |
| 04/14/11 | 001002 | The Estate of Garrison CFS, Inc. | Transf. funds to Cap One | 9999-000 | | 11,558.32 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 13,463.32 | 13,463.32 | 0.00 |
| Less:  Bank Transfers/CD's | 12,463.32 | 11,558.32 | |
| Subtotal | 1,000.00 | 1,905.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 1,000.00 | 1,905.00 | |

Page Subtotals      13,463.32      13,463.32

Ver: 16.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-39223 -MB | |
| Case Name: | GARRISON C.F.S., INC. | |
| Taxpayer ID No: | *******9760 | |
| For Period Ending: | 03/07/12 | |

| | | |
|---|---|---|
| Trustee Name: | Roy Safanda | |
| Bank Name: | Old Second National Bank | |
| Account Number / CD #: | *******8941 Money Market Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/26/10 | 2 | Parkway Bank | Checking Balance | 1121-000 | 12,436.66 | | 12,436.66 |
| 02/28/10 | 9 | Old Second National Bank | INTEREST | 1270-000 | 0.20 | | 12,436.86 |
| 03/31/10 | 9 | Old Second National Bank | INTEREST | 1270-000 | 2.11 | | 12,438.97 |
| 04/30/10 | 9 | Old Second National Bank | INTEREST | 1270-000 | 2.18 | | 12,441.15 |
| 05/31/10 | 9 | Old Second National Bank | INTEREST | 1270-000 | 1.98 | | 12,443.13 |
| 06/30/10 | 9 | Old Second National Bank | INTEREST | 1270-000 | 2.05 | | 12,445.18 |
| 07/31/10 | 9 | Old Second National Bank | INTEREST | 1270-000 | 2.18 | | 12,447.36 |
| 08/31/10 | 9 | Old Second National Bank | INTEREST | 1270-000 | 2.04 | | 12,449.40 |
| 09/30/10 | 9 | Old Second National Bank | INTEREST | 1270-000 | 2.05 | | 12,451.45 |
| 10/31/10 | 9 | Old Second National Bank | INTEREST | 1270-000 | 2.12 | | 12,453.57 |
| 11/30/10 | 9 | Old Second National Bank | INTEREST | 1270-000 | 2.04 | | 12,455.61 |
| 12/31/10 | 9 | Old Second National Bank | INTEREST | 1270-000 | 2.12 | | 12,457.73 |
| 01/31/11 | 9 | Old Second National Bank | INTEREST | 1270-000 | 2.11 | | 12,459.84 |
| 02/10/11 | 000101 | Old Second National Bank | Trans to Checking | 9999-000 | | 2,000.00 | 10,459.84 |
| 02/28/11 | 9 | Old Second National Bank | INTEREST | 1270-000 | 1.71 | | 10,461.55 |
| 03/31/11 | 9 | Old Second National Bank | INTEREST | 1270-000 | 1.77 | | 10,463.32 |
| 04/12/11 | | Transfer to Acct #*******8933 | Bank Funds Transfer | 9999-000 | | 10,463.32 | 0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | 12,463.32 | 12,463.32 | 0.00 |
| | Less: Bank Transfers/CD's | 0.00 | 12,463.32 | |
| | Subtotal | 12,463.32 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 12,463.32 | 0.00 | |

Page Subtotals  12,463.32  12,463.32

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-39223 -MB | | Trustee Name: | Roy Safanda |
| Case Name: | GARRISON C.F.S., INC. | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7226  Money Market Account |
| Taxpayer ID No: | *******9760 | | | |
| For Period Ending: | 03/07/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/14/11 | | The Estate of Garrison CFS, Inc. | | 9999-000 | 11,558.32 | | 11,558.32 |
| 05/31/11 | 9 | Capital One | Interest Rate  0.000 | 1270-000 | 0.88 | | 11,559.20 |
| 06/02/11 | | INTERNAL REVENUE SERVICE | EMPLOYER MATCHING MEDICARE | 5800-000 | | 116.07 | 11,443.13 |
| 06/02/11 | | INTERNAL REVENUE SERVICE | MEDICARE | 5300-000 | | 116.07 | 11,327.06 |
| 06/02/11 | | FEDERAL UNEMPLOYMENT INSURANCE | FEDERAL UNEMPLOYMENT INSURANCE | 5800-000 | | 276.16 | 11,050.90 |
| 06/02/11 | | INTERNAL REVENUE SERVICE | EMPLOYER MATCHING SOCIAL SECURITY | 5800-000 | | 496.28 | 10,554.62 |
| 06/02/11 | | INTERNAL REVENUE SERVICE | SOCIAL SECURITY | 5300-000 | | 496.28 | 10,058.34 |
| 06/02/11 | | INTERNAL REVENUE SERVICE | FEDERAL INCOME TAX | 5300-000 | | 2,241.28 | 7,817.06 |
| 06/02/11 | 000101 | GARY MOORE<br>41W 910 Verhaeghe Rd.<br>St. Charles, IL 60175-8378 | Wages - 507(a)(3) | | | 5,197.59 | 2,619.47 |
| | | | Claim       5,150.93 | 5300-000 | | | |
| | | | Interest        46.66 | 7990-000 | | | |
| 06/30/11 | 9 | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 0.31 | | 2,619.78 |
| 07/29/11 | 9 | Capital One | Interest Rate  0.000 | 1270-000 | 0.19 | | 2,619.97 |
| 08/31/11 | 9 | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 2,620.01 |
| 09/07/11 | | Transfer to Acct #*******7234 | Bank Funds Transfer | 9999-000 | | 2,635.57 | -15.56 |
| 09/08/11 | 9 | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | -15.53 |
| 09/08/11 | 9 | Capital One | INTEREST REC'D FROM BANK<br>Interest credit on June bank statement dated June 15, 2011 | 1270-000 | 0.53 | | -15.00 |
| 09/08/11 | | Capital One | Bank charge in error | 1180-000 | 15.00 | | 0.00 |
| * 09/08/11 | | Capital One | Bank Charge | 9999-003 | | 15.00 | -15.00 |
| * 09/08/11 | | Reverses Adjustment OUT on 09/08/11 | Bank Charge<br>Bank Fee taken out in error in July 2011 statement | 9999-003 | | -15.00 | 0.00 |
| 02/07/12 | | Roy Safanda | Bank Credit Received in Error | 9999-000 | 15.00 | | 15.00 |
| 02/08/12 | | Capital One | Bank credit posted in error | 9999-000 | | 15.00 | 0.00 |

Page Subtotals         11,590.30      11,590.30

Ver: 16.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-39223 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | GARRISON C.F.S., INC. | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7226  Money Market Account |
| Taxpayer ID No: | *******9760 | | | |
| For Period Ending: | 03/07/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 11,590.30 | 11,590.30 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 11,558.32 | 2,635.57 | |
| | | | Subtotal | | 31.98 | 8,954.73 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 31.98 | 8,954.73 | |

Page Subtotals        0.00        0.00

Ver: 16.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 09-39223 -MB | | Trustee Name: | Roy Safanda |
| Case Name: | GARRISON C.F.S., INC. | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7234 Checking Account |
| Taxpayer ID No: | *******9760 | | | |
| For Period Ending: | 03/07/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/07/11 | | Transfer from Acct #*******7226 | Bank Funds Transfer | 9999-000 | 2,635.57 | | 2,635.57 |
| 10/13/11 | 001001 | Roy Safanda | Trustee's Fees and Expenses | | | 2,162.82 | 472.75 |
| | | Trustee | Roy Safanda's fees were $2099.53. Trustee was | | | | |
| | | Safanda Law Firm | overpaid $15.79. The $15.79 was returned to Estate | | | | |
| | | 111 East Side Drive | and disbursed to remaining creditors. | | | | |
| | | | Fees            2,115.32 | 2100-000 | | | |
| | | | Expenses          47.50 | 2200-000 | | | |
| 10/13/11 | 001002 | Roy Safanda | Attorney Fees | 3110-000 | | 472.75 | 0.00 |
| | | Attorney | | | | | |
| | | Safanda Law Firm | | | | | |
| | | 111 East Side Drive | | | | | |
| 01/06/12 | | Roy Safanda | | 3110-000 | 15.79 | | 15.79 |
| 01/06/12 | 001003 | Roy Safanda | Attorney Fee - difference | 3110-000 | | 15.79 | 0.00 |
| | | 111 East Side Drive | | | | | |
| | | Geneva, IL  60134 | | | | | |

|  | COLUMN TOTALS | 2,651.36 | 2,651.36 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 2,635.57 | 0.00 | |
|  | Subtotal | 15.79 | 2,651.36 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 15.79 | 2,651.36 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******8933 | 1,000.00 | 1,905.00 | 0.00 |
| Money Market Account - *******8941 | 12,463.32 | 0.00 | 0.00 |
| Money Market Account - *******7226 | 31.98 | 8,954.73 | 0.00 |
| Checking Account - *******7234 | 15.79 | 2,651.36 | 0.00 |
|  | 13,511.09 | 13,511.09 | 0.00 |

Page Subtotals   2,651.36   2,651.36

Ver: 16.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6
Exhibit 9

| Case No: | 09-39223 -MB | | Trustee Name: | Roy Safanda |
| --- | --- | --- | --- | --- |
| Case Name: | GARRISON C.F.S., INC. | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7234  Checking Account |
| Taxpayer ID No: | *******9760 | | | |
| For Period Ending: | 03/07/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*